UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ISHMAEL CASH ROLLE, III,**

    **Plaintiff,**

v.                                    Case No. 3:11cv21-MCR/CJK

**SIMMON, et al.,**

    **Defendants.**
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 17, 2013 (doc. 31). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed.

Having considered the Report and Recommendation, the court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendants' motion for summary judgment (doc. 27) is GRANTED.

3. Consistent with this order, the clerk is directed to enter summary final judgment in favor of all defendants.

4. The clerk is directed to close the file.

**DONE AND ORDERED** this 4th day of November, 2013.

                                            *M. Casey Rodgers*
                                            **M. CASEY RODGERS**
                                            **CHIEF UNITED STATES DISTRICT JUDGE**